IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED

DEC 2 0 2006

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

UNITED STATES OF AMERICA

VS

CR NO. <u>6:06-1101</u>

DELMYS YESENIA MEJIA-CASTRO

# PLEA

The defendant, **DELMYS YESENIA MEJIA-CASTRO**, having withdrawn her plea of Not Guilty, pleads **GUILTY** to Count **5** of the **Indictment**.

X *Delmys Y. Mejia*
(Signed) Defendant

Spartanburg, South Carolina
~~November 29,~~ 2006
DECEMBER 20, 2006